IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MONTEZ MCGOWAN #198271, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION 17-00119-KD-B |
| : | |
| JIMMY THOMAS, *et al.*, : | |
|     Defendants. : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 29, 2017 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** due to his failure to comply with the Court's order and to prosecute this action by paying the partial filing fee.

**DONE** and **ORDERED** this the **21st** day of **July 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**